**ROBERT L. GOURLEY and**
**NANCY G. GOURLEY,**